# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Roberta Cornist, | : |
| Plaintiff, | : Civil Action No.: 2:15-cv-10913-VAR-DRG |
| v. | : |
| Credit Acceptance Corporation, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: August 14, 2015

        Respectfully submitted,

        By /s/ Sergei Lemberg

        Sergei Lemberg, Esq.
        LEMBERG LAW, L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By  /s/ Sergei Lemberg
                                             Sergei Lemberg, Esq.

Case 2:15-cv-10913-VAR-DRG   ECF No. 11   filed 08/14/15   PageID.148   Page 2 of 2