# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Roberta Cornist,<br><br>    Plaintiff,<br>v.<br><br>Credit Acceptance Corporation,<br><br>    Defendant. | Civil Action No.: 2:15-cv-10913-VAR-DRG |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Roberta Cornist | Credit Acceptance Corporation |
|---|---|
|    /s/ Sergei Lemberg |  /s/ Stephen King |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>Tel: (203) 653-2250<br>slemberg@lemberglaw.com<br>Attorney for Plaintiff | Stephen W. King, Esq.<br>KING and MURRAY PLLC<br>355 S. Old Woodward, Suite 100<br>Birmingham, MI 48009<br>Tel: (248) 792-2398<br>sking@kingandmurray.com<br>Attorney for Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

      By */s/ Sergei Lemberg*

      Sergei Lemberg, Esq.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Roberta Cornist,<br><br>                Plaintiff,<br>v.<br><br>Credit Acceptance Corporation,<br><br>                Defendant. | Civil Action No.: 2:15-cv-10913-VAR-DRG |

## ORDER OF DISMISSAL

Based upon the parties' Stipulation of Dismissal, the case is dismissed with prejudice, each party to bear her or its own attorney fees and costs.


Date: October 15, 2015                S/Victoria A. Roberts

                                                            United States District Judge